1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRELL L. DIETLE,

      Plaintiff,

    v.

E. BORRERO; et al.,

      Defendants.

_____/

No. C 12-1022 SI (pr)

**ORDER OF TRANSFER**

    Darrell L. Dietle filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at Kern Valley State Prison in Delano. Delano is Kern County is within the venue of the Eastern District of California. Some or all of the defendants apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. <u>See</u> 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: April 16, 2012

                               _____

                                   SUSAN ILLSTON
                             United States District Judge